NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1166

STATE OF LOUISIANA

VERSUS

DAMICOS JACKSON

* * * * * * * * * * * *

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 272021,
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

* * * * * * * * * * * *

JAMES T. GENOVESE
JUDGE

* * * * * * * * * * * *

Court composed of Chief Judge Ulysses Gene Thibodeaux, Billy H. Ezell and James T. Genovese, Judges.

CONVICTION AFFIRMED; SENTENCE VACATED; AND CASE
REMANDED FOR RESENTENCING.

Laura Marie Pavy
Louisiana Appellate Project
Post Office Box 750602
New Orleans, Louisiana 70175
COUNSEL FOR DEFENDANT/APPELLANT:
    Damicos Jackson


Damicos Jackson
River Correctional Center
26354 Highway 15
Ferriday, Louisiana 71334

**James C. Downs**
**District Attorney - Ninth Judicial District**
**James M. Buck**
**Post Office Drawer 1472**
**Alexandria, Louisiana 71309**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **State of Louisiana**